ARH
8/7/13

SM/2013R00502

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. RDB 13-409 |
| | : | |
| v. | : | |
| | : | (Conspiracy to Distribute and |
| JORDEN BARRACO | : | Possess With Intent to |
| | : | Distribute Narcotics, 21 |
| | : | U.S.C. §846; Possession with |
| | : | Intent to Distribute |
| | : | Narcotics, 21 U.S.C. §841 |
| | : | (a)(1)) |
| Defendant | : | |
| | : | |

...oOo...

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about July 7, 2013, in the District of Maryland, and elsewhere,

**JORDEN BARRACO**

the defendant herein, did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. §846

## COUNT TWO

The Grand Jury for the District of Maryland charges further that:

On or about July 7, 2013, in the District of Maryland,

### JORDEN BARRACO

the defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

21 U.S.C. §841(a)(1)

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

8/8/2013
Date